## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **-vs-** | ) No. 21-MJ-_243_STE |
| | ) |
| **HALLIE N. GUTHRIE,** | ) |
| | ) |
| **Defendant.** | ) **Violation: 18 U.S.C. § 641** |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
### (Theft of Government Property)

On or about March 16, 2021, in the Western District of Oklahoma at the Fort Sill Military Reservation, at or near 1718 Macomb Road (Main Post-Exchange),

- - - - - - - - - - - - - - - - - - - -**HALLIE N. GUTHRIE,** - - - - - - - - - - - - - - - - -

the defendant, did steal, purloin, and knowingly convert to her use a thing of value of the United States, to wit: TUMS medication.

All in violation of Title 18, United States Code, Section 641.

Dated this _____21ST_____ day of _____APRIL_____,2021.

ROBERT J. TROESTER
Acting United States Attorney

_____
KELSEY A. KORNBLUT
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Taylor Hall
Fort Sill, Oklahoma 73503
Telephone:  (580) 442-3900